U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
Case No. 8:09-bk-04322-MGW

In Re:

Life Sciences, Inc.,

    <u>Debtor.</u>/

MOTION FOR PAYMENT OF POST-PETITION WAGES
AND OTHER COMPENSATION

COMES NOW Claimant, Alex Burns, by and through counsel, and moves the court to order debtor to pay to claimant his post petition wages and other accrued compensation, on the following grounds:

1. On April 28, 2009, this court granted debtor's Motion for Authorization to Pay Salary of Insider, Alex Burns.

2. Debtor terminated the employment of Alex Burns on June 30, 2009.

3. On the date of termination, debtor owed Alex Burns the following post-petition wages and other compensation:

| | | |
|---|---|---|
| Salary | 7.0 | days during pay period ending July 3, 2009 |
| Holiday Pay | 3.0 | days awarded on May 1, 2009 |
| Vacation Pay | 6.154 | days, earned at .7692 days per pay period, beginning March 10, 2009 |
| Sick Pay | <u>5.0</u> | days awarded on May 1, 2009 |
| Total | 21.154 days | |

4. Based on the annual salary of $80,000.00 set out in the court's order of April 28, 2009, Alex Burns earned $307.692 per working day, for total post-petition compensation due and owing of $6,501.92.

5. Based on information and belief, debtor has paid numerous other employees terminated post-petition their accrued holiday, vacation and sick pay in addition to their

base salary.

6. Holiday pay, vacation pay and sick pay are compensable as wages pursuant to debtor's Human Resources Reference Employee Handbook, Section IV Employee Benefits.

WHEREFORE claimant prays the court will order debtor to pay claimant his post-petition wages and other compensation in the amount of $6,501.00 as set out above.

/S/ Lydia S Castle, Esq.
Attorney for Claimant, Alex Burns

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been furnished to Scott A. Stichter, Esq., and Susan H Sharp, Esq., attorneys for debtor, and to Benjamin E. Lambers, Office of the US Trustee, through the CM/ECF system, this 9th of September, 2009.

/S/ Lydia S Castle, Esq.