UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09–bk–04322–MGW
Chapter 11

Life Sciences, Inc.
2900 72nd St. N.
Saint Petersburg, FL 33710

_____Debtor\*_____/

ORDER CONVERTING CASE TO CHAPTER 7

THIS CASE came on for hearing upon a Motion to Dismiss or Convert ("Motion") filed by the United States Trustee and Creditor Alex Burns . The Court heard argument of counsel, considered the record and determined that it is in the best interest of creditors and the estate to convert the case to one under Chapter 7. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted. Pursuant to 11 U.S.C. section 1112, this case is converted to Chapter 7 of the Bankruptcy Code.

2. All orders authorizing the Debtor–in–Possession to manage individual financial affairs or to continue to do business are rescinded.

3. All committees appointed pursuant to 11 U.S.C section 1102, if any, are dissolved.

4. The Debtor in Possession shall file a schedule of unpaid debts incurred after the commencement of a Chapter 11 case pursuant to Fed. R. Bankr. P. 1019(5) within fifteen (15) days from the date of this order. The schedule of unpaid debts must contain a declaration of the Debtor in accordance with Fed. R. Bankr. P. 1008, list only the debts incurred after the commencement of the Chapter 11 case, and properly identify the schedule under which the debt is listed. If no unpaid debts exist, the Debtor shall file a verified statement to that effect. The Statement of Intention, if required, shall be filed within thirty (30) days following entry of this Order or before the first date set for the meeting of creditors, whichever is earlier. The Debtor should not file a complete set of new schedules or a petition unless the schedules were not previously filed. Any amendments to the petition and schedules must comply with Fed. R. Bankr. P. 1008 and Fed. R. Bankr. P. 1009.

5. Rulings on any pending motions to lift the automatic stay are hereby deferred and the automatic stay is hereby extended in order to enable the Chapter 7 Trustee to respond. The moving party is directed to serve the Chapter 7 Trustee with a copy of the motion within five (5) days of the date of this Order and file the appropriate certificate of service with the Court. The Chapter 7 Trustee shall file a response to the motion, within twenty (20) days from the date of service of the motion. If the response challenges the right to relief the movant seeks, a hearing may be scheduled; however, if no response is filed or the response admits the movant's right to relief, the Court will consider the entry of an ex parte order.

6. All pending hearings in the general case are hereby cancelled.

7. If the Debtor in Possession has not already done so, within twenty (20) days from the entry of this Order, the Debtor in Possession shall pay to the Clerk of the Bankruptcy Court the fifteen ($15.00) dollar fee as required by Item 8.2 of the Bankruptcy Court Fee Schedule issued in accordance with 28 U.S.C. section 1930. If the Debtor fails to pay the fifteen ($15.00) dollar fee, the Court will schedule an order to show cause hearing to consider a finding of civil contempt for failure to comply with this Courts order.

**DONE** and **ORDERED** in Chambers at Tampa, Florida October 21, 2009 .

_____
Michael G. Williamson
United States Bankruptcy Judge

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.