UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09–bk–04322–MGW
 Chapter 7
Life Sciences, Inc.
2900 72nd St. N.
Saint Petersburg, FL 33710

_____Debtor*_____/

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7

   THIS CASE came on for consideration upon the Motion to Dismiss Case or Convert filed by the United States Trustee and Motion to Convert Case by Creditor Alex Burns on 10/14/09. The Court having considered the record, entered an order converting the Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

   Pursuant to Fed. R. Bank. P. 2002(a), the clerk shall give notice of the following:

   1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. Section 341 for November 23, 2009 , at 01:30 PM , in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 at which time the Debtor or its representative and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

   2. The U.S. Trustee has appointed as the Chapter 7 Trustee:

Larry S. Hyman
Larry S. Hyman
P.O. Box 18614
Tampa, FL 33679

   3. DEADLINE TO FILE A PROOF OF CLAIM – Any creditor who has filed a proof of claim in the Chapter 11 case is not required to file a proof of claim in the converted Chapter 7 case. The Court has set the "Deadline to File a Proof of Claim" as 1/19/2010 . A Proof of Claim is a signed statement describing a creditor's claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim provided above, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the Debtor. Claims should be filed on a form officially prescribed for a Proof of Claim. A Proof of Claim form may be obtained from the clerk's office of any Bankruptcy Court. However, you can file via the internet by going to the Court's web site at http://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm and following the instructions under the section Electronic Filing of Proof of Claim Form. Copies of supporting documents; such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   4. AUTOMATIC STAY – The conversion from Chapter 11 to Chapter 7 has no effect on the automatic stay and it still prohibits certain acts and proceedings against the Debtor and the property of the Debtor.

   5. All applications for allowances as costs of administration pursuant to Section 503 of the Bankruptcy Code, including fees and expenses for professionals other than the Trustee, must be filed on or before 1/19/2010 .

6. N/A , is fixed as the last day for filing a complaint objecting to the discharge of the Debtor and for filing a complaint to determine the dischargeability of any debt. If no objection to the discharge of the Debtor is filed on or before the last day fixed as stated above, the Debtor will be granted a discharge. If no complaint to determine the dischargeability of the debt under Section 523(a) of the Bankruptcy Code is filed within the time fixed as stated above, the debt may be discharged.

7. All pending hearings in the general case are hereby cancelled.

DATED on October 21, 2009 .

FOR THE COURT

Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.