UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LIFE SCIENCES, INC.,

Debtor.
_____/

Chapter 7

Case No. 8:09-bk-4322-MGW

## STATEMENT OF UNPAID OBLIGATIONS
## INCURRED DURING CHAPTER 11 CASE

The Debtor, LIFE SCIENCES, INC., hereby files its Statement of Unpaid Obligations Incurred During Chapter 11 Case, as follows:

        Schedule D  -  See attached
        Schedule E  -  See attached
        Schedule F  -  See attached

Dated this 6th day of November, 2009.

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 0710679
STICHTER, RIEDEL, BLAIN
  &amp; PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
Attorneys For Debtor
sstichter@srbp.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Statement of Unpaid Obligations Incurred During Chapter 11 Case has been furnished on this 6th day of November, 2009, by the Court's CM/ECF electronic mail system to:

Office of the U.S. Trustee
Larry S. Hyman, Chapter 7 Trustee

/s/ Scott A. Stichter
Scott A. Stichter

B6D (Official Form 6D) (12/07)

In re **Life Sciences, Inc.** Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nancy Pappas<br>19219 Cinnamon Ridge Way<br>Tampa, FL 33647-3624 | | - | Security Interest<br><br>All assets<br><br><br>Value $      Undetermined | | | | 14,750.00 | Undetermined |
| Account No.<br><br>Ron Stephenson<br>1121 Darlington Oak Drive NE<br>St. Petersburg, FL 33703 | | - | Security Interest<br><br>All assets<br><br><br>Value $      Undetermined | | | | 2,788.00 | Undetermined |
| Account No.<br><br><br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br><br>Value $ | | | | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 17,538.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 17,538.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Life Sciences, Inc.**                                                             Case No. _____

                                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                 **5**      continuation sheets attached

In re **Life Sciences, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> Andrasik, Stephen <br> 8418 66th Way North <br> Pinellas Park, FL 33781 | | | | | | 4,087.50 | 0.00 | 4,087.50 |
| Account No. <br> Bilodeau, Monica <br> 3010 5th Ave N <br> St Petersburg, FL 33713 | | | | | | 4,138.40 | 0.00 | 4,138.40 |
| Account No. <br> Colyer, Tim <br> 6549 30th Way North <br> St Petersburg, FL 33714 | | | | | | 434.85 | 0.00 | 434.85 |
| Account No. <br> Ellis-Low Carmen <br> 1251 69th Street North <br> St. Petersburg, FL 33710 | | | | | | 4,405.64 | 0.00 | 4,405.64 |
| Account No. <br> Hanrahan, Charlene <br> PO Box 3062 <br> Pinellas Park, FL 33780-3062 | | | | | | 1,694.00 | 0.00 | 1,694.00 |
| Sheet 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | 14,760.39 | 0.00 | 14,760.39 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Life Sciences, Inc.**  ,  Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Kleim, Chuck <br> 7073 S Shore Dr S <br> St Petesrburg, FL 33707 | | - | | | | | 5,826.55 | 0.00 | 5,826.55 |
| Account No. <br><br> Lane, Nancy <br> 2009 Grand Ravine Dr, Oakville, <br> Ontario, Canada L6H 6B4 | | - | | | | | 2,441.86 | 0.00 | 2,441.86 |
| Account No. <br><br> Le, Hung <br> 1301 62nd Ave N <br> St. Petersburg, FL 33702 | | - | | | | | 740.45 | 0.00 | 740.45 |
| Account No. <br><br> Pappas, Nancy <br> 19219 Cinnamon Ridge Way <br> Tampa, FL 33647 | | - | | | | | 6,853.82 | 0.00 | 6,853.82 |
| Account No. <br><br> Pototsky, Jason <br> 305 5th St S Apt 11 <br> St. Petersburg, FL 33701 | | - | | | | | 1,836.45 | 0.00 | 1,836.45 |

Sheet  2  of  5  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | 17,699.13 | 0.00 | 17,699.13

In re **Life Sciences, Inc.** Case No. _____
                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Reunova, Olga <br> 7135 50th Ave N <br> St. Petersburg, FL 33709 | | - | | | | | 2,374.20 | 0.00 | 2,374.20 |
| Account No. <br><br> Ritchey, David <br> PO Box 66823 <br> St. Petesrburg, FL 33736 | | - | | | | | 5,097.40 | 0.00 | 5,097.40 |
| Account No. <br><br> Stilley, Sherry <br> 19 Corona Ave North <br> Clearwater, FL 33765 | | - | | | | | 4,088.00 | 0.00 | 4,088.00 |
| Account No. <br><br> Vinas, Aleta <br> 5731 90th St North <br> Pinellas Park, FL 33782 | | - | | | | | 4,483.35 | 0.00 | 4,483.35 |
| Account No. | | | | | | | | | |

Sheet **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 16,042.95 | 0.00 | 16,042.95

B6E (Official Form 6E) (12/07) - Cont.

In re **Life Sciences, Inc.** Case No. _____
                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account No. <br><br> City Of St Petersburg <br> Occupation Tax <br> PO Box 2842 <br> Saint Petersburg, FL 33731 | - | | | 64.00 | 0.00 | 64.00 |
| Account No. <br><br> Internal Revenue Service <br> Spec Proc Br MC 5720 P&I I <br> 400 W. Bay St., Ste 35045, Bkcy Sect <br> Jacksonville, FL 32202-4437 | - | | | 1,286.00 | 0.00 | 1,286.00 |
| Account No. <br><br> Internal Revenue Service <br> Spec Proc Br MC 5720 P&I I <br> 400 W. Bay St., Ste 35045, Bkcy Sect <br> Jacksonville, FL 32202-4437 | - | | | 40,166.00 | 0.00 | 40,166.00 |
| Account No. <br><br> Internal Revenue Service <br> Spec Proc Br MC 5720 P&I I <br> 400 W. Bay St., Ste 35045, Bkcy Sect <br> Jacksonville, FL 32202-4437 | - | | | 9,711.00 | 0.00 | 9,711.00 |
| Account No. <br><br> Pinellas County Tax Collector <br> P.O. Box 10832 <br> Clearwater, FL 33757 | - | | | 24,258.00 | 0.00 | 24,258.00 |

Sheet **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 75,485.00 | 0.00 | 75,485.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Life Sciences, Inc.**, Case No. _____
　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pinellas County Tax Collector**<br>**P.O. Box 10832**<br>**Clearwater, FL 33757** | | | | | | | 7,450.00 | 0.00 | 7,450.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 7,450.00 | 0.00 | 7,450.00
Total (Report on Summary of Schedules) | 131,437.47 | 0.00 | 131,437.47

B6F (Official Form 6F) (12/07)

In re   **Life Sciences, Inc.**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ADT Security Services** <br>Po Box 371967 <br>Pittsburgh, PA 15250-7967 | | - | | | | | 733.00 |
| Account No. <br><br>**Ameritas Dental Insurance** <br>PO Box 81889 <br>Lincoln, NE 68501 | | - | | | | | 757.00 |
| Account No. <br><br>**AT&T Phoenix** <br>P.O. Box 78522 <br>Phoenix, AZ 85062-8522 | | - | | | | | 73.00 |
| Account No. <br><br>**Cintas Corporation #069** <br>9300 MCI Drive North <br>PINELLAS PARK, FL 33782 | | - | | | | | 511.00 |
| **4**   continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | 2,074.00 |

In re **Life Sciences, Inc.** Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>City Of St. Petersburg Fire Inspection<br>PO Box 2842<br>St Petersburg, FL 33731 | | - | | | | | 224.00 |
| Account No.<br><br>City Of St.Pete Utilities<br>Po Box 33034<br>St Petersburg, FL 33733 | | - | | | | | 1,208.00 |
| Account No.<br><br>Curtis Bay Energy<br>6250 42nd Street North<br>PINELLAS PARK, FL 33781 | | - | | | | | 204.00 |
| Account No.<br><br>Dr Jerome Kern<br>250 58th Street N, #1002<br>St. Petersburg, FL 33710 | | - | | | | | 311.00 |
| Account No.<br><br>Employers Workers Comp Insurance<br>PO Box 863525<br>Orlando, FL 32886-3525 | | - | | | | | 150.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  2,097.00

In re   **Life Sciences, Inc.**                                 Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mobile Mini, Inc. <br> PO Box 79149 <br> PHOENIX, AZ 85062-9149 | | - | | | | | 90.00 |
| Account No. <br><br> Pinellas County Environmental Agency | | - | | | | | 333.00 |
| Account No. <br><br> R. Donnelley Receivables, Inc. <br> P.O. Box 905151 <br> CHARLOTTE, NC 28290-5151 | | - | | | | | 218.00 |
| Account No. <br><br> Siemens Water Technologies Corp. <br> P.O. Box 360766 <br> PITTSBURGH, PA 15250-6766 | | - | | | | | 675.00 |
| Account No. <br><br> Sonitrol <br> PO Box 660777 <br> Dallas, TX 75266-0777 | | - | | | | | 1,386.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     2,702.00

In re **Life Sciences, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> TECO <br> PO Box 31017 <br> St. Petersburg, FL 33631-3017 | - | | | | | | 122.00 |
| Account No. <br><br> Tim Dyke <br> Tapijtweg 11 <br> 2597 Lg. Den Haag <br> THE NETHERLANDS | - | | | | | | 35,000.00 |
| Account No. <br><br> United Parcel Service <br> P.O. Box 7247-0244 <br> Philadelphia, PA 19170-0001 | - | | | | | | 639.00 |
| Account No. <br><br> Us Trustee Payment Center <br> 501 East Polk St, Suite 1200 <br> Tampa, FL 33602 | - | | | | | | 1,657.00 |
| Account No. <br><br> Valley National Gases, Inc. <br> PO Box 6378 <br> Wheeling, WV 26003-0615 | - | | | | | | 204.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 37,622.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Life Sciences, Inc.** ,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Verizon Florida Inc.<br>PO Box 920041<br>Dallas, TX 75392-0041 | | - | | | | | 3,436.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **3,436.00**

Total  
(Report on Summary of Schedules)    **47,931.00**

**United States Bankruptcy Court**
Middle District of Florida, Tampa Division

In re   Life Sciences, Inc.                              Case No. _____
_____                      Chapter   7
                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of unpaid obligations incurred during the pendency of the Chapter 11 case, and that they are true and correct to the best of my knowledge, information, and belief.

Date  6 Nov 2009           Signature  /s/ Nancy A. Pappas
                                      Nancy Pappas
                                      President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.