UNITED STATES BANKRUPTCY COURT Middle District of Florida NOV -4 2009

Request For Payment of Administrative Expense Pursuant to Section 503
of the Bankruptcy Code

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

| | |
|---|---|
| Name of Debtor | Life Sciences, Inc. |
| Case Number | 8:09-04322-MGW |
| Name of Creditor | Charles M. Kleim |
| Address | 7073 S. Shore Dr. S.<br>St. Petersburg, FL 33707-4604 |
| Telephone number | 727-381-9211 |
| Administrative Expense | Five weeks and two days of unpaid employee salary earned thru October 20, 2009 |
| Amount of Expense | $5,826.55    (see attachment) |

11/3/2009
Date

*Charles M. Kleim* (signature)
Charles M. Kleim

Page 1

UNITED STATES BANKRUPTCY COURT Middle District of Florida

Attachment to Charles M.Kleim's Request For Payment
of Adminstrative Expense

Summary of unpaid salary:

|  | Amount Earned |
|---|---|
| Two weeks ended September 25, 2009 | $2,157.98 |
| Two weeks ended October 9, 2009 | $2,157.98 |
| One week ended October 16, 2009 | $1,078.99 |
| October 19, 2009 and October 20, 2009 | $431.60 |
|  | $5,826.55 |

Page 2