IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                         Case No. 8:09-bk-4322-MGW

LIFE SCIENCES, INC.,                    Chapter 7

       Debtor.
_____/

**NOTICE OF FILING FIRST STATEMENT OF
REIMBURSABLE EXPENSES PURSUANT TO STALKING HORSE
PROTECTIONS FOR BID OF PETRACO, INC.**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, without further notice or hearing unless a party in interest files an objection within **ten (10) days** from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at **Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602**, and serve a copy on the movant's attorney, **Chad S. Bowen, Jennis & Bowen, P.L., 400 N. Ashley Dr., Ste. 2540, Tampa, FL 33602** and any other appropriate persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and shall automatically grant the relief requested and directed the Trustee to immediately disburse the "Break-up expenses" to Petraco, Inc.

---

Larry S. Hyman, Trustee of the estate of Life Sciences, Inc., ("Debtor"), by

counsel, hereby files the *First Statement of Reimbursable Expenses Pursuant to Stalking*

{00121694.DOC;1}

*Horse Protections for Bid of Petraco, Inc.* in connection with obtaining authorization to disburse the "Break-up expenses" of Petraco, Inc. pursuant to this Court's *Final Order Granting Chapter 7 Trustee's Emergency Motion to Approve Sale of Certain Tangible Personal Property Free and Clear of Liens, Claims, Interests and Encumbrances* (Doc. No. 145).

DATED this 7th day of December, 2009.

    /s/   *Chad S. Bowen*
Chad S. Bowen
Florida Bar No. 0138290
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
Email: cbowen@jennisbowen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Objection to Claim* has been furnished via CM/ECF or via U.S. Mail, postage prepaid to **Office of the United States Trustee,** 501 East Polk Street, Timber Lake Annex, Suite 1200, Tampa, Florida 33602; **Scott Stichter**, Stichter Riedel, et al., 110 Madison Street, Suite 200, Tampa, FL 33602; **Richard McIntyre**, McIntyre Panzarella Thanasides Eleff & Hoffman, PL, 6943 E. Fowler Avenue, Temple Terrace, FL 33617 **Baron Coleman**, Webster, Henry, Lyons, & White, P.C., 418 Scott Street, Montgomery, AL 36101 and to those parties receiving electronic notices via CM/ECF in the normal course of business on this 7th day of December, 2009.

    */s/   Chad S. Bowen*
Chad S. Bowen

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

LIFE SCIENCES, INC.,
                                                    CHAPTER 7

DEBTOR.                                        CASE NO. 8:09-bk-4322-MGW

_____/

**FIRST STATEMENT OF REIMBURSABLE EXPENSES PURSUANT TO
STALKING HORSE PROTECTIONS FOR BID OF PETRACO, INC.**

Pursuant to the stalking-horse protections granted by the Chapter 7 Trustee for the above-styled matter in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, the following break-up expenses were incurred in the preparation of the bids placed by Petraco, Inc., and are submitted for reimbursement:

**I. LEGAL FEES:**

Total of Services Performed -

    23.0 hours

Rate of Services Performed -

    GBC @$150.00/hr x 23.0 hours = $3,450.00

    Total = $3,450.00

Total of Expenses Advanced -

    Florida Secretary of State – $70.00

    InCorp Services – $99.00

    FedEx Overnight to Jennis & Bowen – $29.90

    Total = $198.90

Total Billing for 2009: $3,648.90

**II. INVESTIGATION OF ASSETS:** To be supplemented prior to the close of business on Monday December 7, 2009, in accordance with the Final Sale Order and subsequent correspondence from Chad Bowen, Esq.

Respectfully submitted on this the 6th day of December, 2009.

/s/ G. Baron Coleman\_\_\_\_
G. Baron Coleman
Florida Bar No. 0035489
Alabama Bar No. 9562-O67C

**Law Office of G. Baron Coleman, P.C.**
Post Office Box 11789
Montgomery, Alabama 36111-1789
Email: baron@baroncoleman.com
Telephone: 561-400-8650

# LAW OFFICE OF G. BARON COLEMAN, P.C.

Post Office Box 11789
Montgomery, Alabama 36111-1789
(561) 400-8650
baron@baroncoleman.com

G. Baron Coleman*                                                                    *Also licensed in Florida

December 4, 2009

Invoice for Services:  MBR, Petraco, Inc., and Peter J. Smyczek

11/16/2009 – 4.4 hours

0.4     Initial phone consultation with Mr. Smyczek regarding interest in purchasing assets from Chapter 7 estate in Middle District of Florida.

(0.4)   Credit for initial phone consultation

0.3     Phone conference with Chapter 7 Trustee, Mr. Hyman, regarding interest in purchasing assets and need for plan to place Offer to Purchase; referral by Mr. Hyman to outside counsel, Mr. Bowen

0.4     Phone conference with paralegal to Mr. Bowen, Ms. Kearney, regarding plan to place Offer to Purchase, unavailability of Mr. Bowen

1.2     Receipt and Review of Offer to Purchase drafted by Mr. Smyczek's personal counsel and accompanying ███████████████████████████████████████

0.6     Receipt and Review of preferred bidding instructions and bidding information from Mr. Bowen's office

1.1     Register Petraco, Inc., a Florida corporation, via Florida Secretary of State's electronic registration system

0.6     Register Petraco, Inc., with InCorp Services' Registered Agent system for Registered Agent services in Florida

0.2     Phone call from Mr. Smyczek regarding thoughts and strategies in response to Mr. Bowen's preferred bidding instructions and bidding information

11/17/2009 – 0.9 hours

| | |
|---|---|
| 0.2 | Phone conference with Florida Secretary of State, Division of Corporations, regarding expediting registration of Petraco, Inc. |
| 0.4 | Phone call from Mr. Bowen regarding bid from Petraco, Inc.; willingness to expedite hearing on emergency basis; guarantee of "stalking horse protections" for Petraco as requested; desire to get telephonic appearance for initial hearing and final sale |
| 0.3 | Phone conference with Mr. Smyczek regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

**11/18/2009 – 1.7 hours**

| | |
|---|---|
| 0.1 | Receipt and Review of Federal Express package from Mr. Smyczek enclosing ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.1 | Receipt and Review of correspondence from Florida Secretary of State, Division of Corporations, regarding status of Petraco, Inc., as registered and active |
| 0.5 | Revise Offer to Purchase |
| 0.1 | Draft correspondence to Mr. Smyczek regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.1 | Receipt and Review correspondence from Mr. Smyczek regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.3 | Draft correspondence to Mr. Smyczek regarding attached copy of revised Offer to Purchase with explanation of revisions, express authority to sign offer to Purchase as agent and attorney for Petraco, Inc., and Peter J. Smyczek, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.2 | Phone call from Mr. Smyczek regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.3 | Draft correspondence to Mr. Hyman and Mr. Bowen regarding attached Offer to Purchase and asset lists and explanation of executed hard copy of same to be placed in overnight package to Mr. Bowen's office and attention |

**11/19/2009 – 3.2 hours**

| | |
|---|---|
| 0.3 | Receipt and review correspondence from Mr. Bowen regarding critique of content of Offer to Purchase and necessary revisions for approval in Bankruptcy Court for Middle |

District of Florida; request for inclusion of due diligence period extending through 48 hours before sale

0.4  Follow-up phone call from Mr. Bowen regarding content of recent correspondence and expanded explanations and comments about necessary revisions; request of red-lined changes to be sent from Mr. Bowen

0.4  Receipt and review of red-lined changes to Offer to Purchase

0.1  Correspondence to Mr. Smyczek enclosing red-lined changes to Offer to Purchase

0.2  Phone call to Mr. Bowen renewing desire for hearing on Friday (11/20) or Monday (11/23), detailed objections to extensive revisions detailed in red-lined changes

0.1  Phone call from Mr. Smyczek regarding his planned absence for remainder of afternoon and likelihood that changes will not be finalized before close of business, as a result of planned absence

0.2  Correspondence to Mr. Bowen regarding need to evaluate revisions during evening, inability to get Offer to Purchase finalized before close of business, request for copy of draft Motion for Establishment of Sale and Bidding Procedures for review

0.3  Phone call from Mr. Smyczek and personal counsel, Mr. Steffel, ███████████████████████████████████████████

0.2  Receipt and review of correspondence from Mr. Steffel enclosing ███████████████████████████████████████████████████████

0.4  Receipt and review of draft of Motion for Establishment of Sale and Bidding Procedures from Mr. Bowen's office, note objections consistent with objections to red-lined Offer to Purchase

0.6  Draft detailed correspondence to Mr. Bowen outlining six specific changes and revisions to red-lined Offer to Purchase; express confidence that we can finalize motion during following day in preparation for a Monday morning (11/23) hearing date; reiterate strong desire to push for Monday (11/23) hearing

11/20/2009 – 2.4 hours

0.2  Phone call from Mr. Bowen regarding final request for revisions, plans for hearing at 9:30 a.m., Monday (11/23), agreement to complete revisions to Offer to Purchase and motion by close of business in order to guarantee 9:30 a.m., Monday (11/23) hearing

| | |
|---|---|
| 1.3 | Receipt and Review of final draft of motion and Offer to Purchase from Mr. Bowen that incorporates five of six requests for revisions as detailed in most recent correspondence to Mr. Bowen |
| 0.1 | Retrieve voicemail from Mr. Smyczek |
| 0.1 | Phone call to Mr. Smyczek, message with receptionist |
| 0.1 | Phone call to Mr. Steffel regarding ▮▮▮▮ |
| 0.1 | Phone call from Mr. Smyczek regarding his approval of terms reached in finalized Offer to Purchase and motion |
| 0.1 | Phone call from Mr. Steffel regarding ▮▮▮▮ |
| 0.3 | Phone conference with Mr. Bowen regarding approval to terms as discussed in most recent version of Offer to Purchase and accompanying motion; request for final-form of both motion and Offer to Purchase electronically transmitted from Mr. Bowen; confirmation of 9:30 hearing on Monday (11/23); request to appear by telephone at final sale hearing |
| 0.1 | Correspondence to Mr. Smyczek attaching final-form motion and Offer to Purchase and request for any revisions to final-form documents to be brought to attention immediately if they are found to differ from drafts as previously approved; phone call to Mr. Smyczek regarding ▮▮▮▮ |

11/23/2009 – 1.3 hours

| | |
|---|---|
| 0.2 | Phone conference with Mr. Bowen regarding agreements in advance of hearing and proposed Order |
| 0.3 | Phone conference with Mr. Bowen regarding outcome of hearing; bids due by close of business Monday (11/30) and final sale Wednesday (12/2); final order expected |
| 0.1 | Retrieve voicemail from Mr. Smyczek regarding ▮▮▮▮ |
| 0.2 | Phone conference with Mr. Smyczek regarding ▮▮▮▮ |

0.2     Receipt and review of final order that is identical to proposed order, except for inclusion of bid date and sale date

0.1     Correspondence to Mr. Smyczek attaching final order

0.2     Phone conference with Mr. Smyczek regarding contents of final order and relevant dates; ███████████████████████████████████████████████████████████████████████

**11/24/2009 – 1.3 hours**

1.3     Draft Motion to Appear Pro Hac Vice in Accordance with Local Rule 2090(1)(c)(1) and Motion to Attend Scheduled Hearing by Telephonic Means; research local rules for Middle District of Florida regarding automatic admission pro hac vice for limited matters; phone conference with chambers of judge to confirm automatic admission pro hac vice for final sale

**11/25/2009 – 0.5 hours**

0.3     Phone conference from Mr. Bowen regarding filing of Motion to Appear Pro Hac Vice and Motion to Attend by Telephonic Means, electronic transmission of motion via Mr. Bowen's office, instruction to confirm telephonic appearance and call-in instructions with court administrator

0.2     Phone conference with court administrator regarding confirmation of telephonic appearance and call-in instructions

**11/30/2009 – 0.5 hours**

0.2     Phone conference with Mr. Bowen's office regarding whether any bidders were qualified by the deadline of 5:00 EST

0.1     Phone call from Mr. Smyczek regarding ████████████████████████████████

0.1     Follow-up phone call to Mr. Bowen's office after the deadline of 5:00 EST to determine whether any bidders were qualified by deadline

0.1     Phone conference with Mr. Smyczek regarding ███████████████████████████████████████████████████████████████████████

**12/1/2009 – 2.2 hours**

0.3     Phone call from Mr. Smyczek regarding ██████████████████████████████████████████

| | |
|---|---|
| 0.2 | Phone call to court administrator regarding confirmation of telephone appearance at final sale hearing on 12/2 |
| 0.2 | Phone call to Mr. Smyczek regarding need for tally of expenses related to investigation of assets |
| 0.4 | Initial preparation of list of expenses and fees in event Petraco is outbid |
| 0.2 | Phone call from Mr. Bowen regarding final sale hearing, expenses, and information regarding opposing bidder's qualified bid |
| 0.3 | Phone call to Mr. Smyczek regarding confirmation of qualification of another bidder, ▬▬▬▬▬▬▬▬▬▬▬▬ |
| 0.6 | Prepare for final sale hearing |

12/2/2009 – 2.4 hours

| | |
|---|---|
| 0.3 | Phone call from Mr. Smyczek regarding ▬▬▬▬▬▬ |
| 0.2 | Review ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 0.4 | Standby in preparation for hearing by teleconference in accordance with instructions from court administrator |
| 0.5 | Attend final sale hearing in Middle District of Florida by teleconference |
| 0.3 | Phone conference with Mr. Steffel regarding summary of hearing and outcome |
| 0.4 | Draft detailed correspondence regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 0.3 | Phone call from Mr. Smyczek regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |

12/3/2009 – 0.8 hours

| | |
|---|---|
| 0.4 | Review draft of Final Order to Approve Sale |
| 0.1 | Correspondence to Mr. Bowen regarding clarification of date to submit expenses in accordance with Final Order |
| 0.1 | Receipt and review correspondence regarding deadline to submit expenses for reimbursement pursuant to stalking horse protections |

| 0.2 | Phone conference with Mr. Steffel regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

12/04/2009 – 1.4 hours

| 0.2 | Phone call from Mr. Steffel regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 0.2 | Receipt and review of expenses from Mr. Steffel |
| 0.8 | Finalize statement of expenses for reimbursement pursuant to stalking horse protections |
| 0.2 | Correspondence to Mr. Bowen regarding enclosed statement of expenses and request for reimbursement pursuant to stalking horse protections; request for expected date of return of $10,000 deposit and break up expenses |

Total of Services Performed:

23.0 hours

Rate of Services Performed:

GBC @$150.00/hr x 23.0 hours = $3,450.00

Total = $3,450.00

Total of Expenses Advanced:

Florida Secretary of State – $70.00

InCorp Services – $99.00

FedEx Overnight to Jennis & Bowen – $29.90

Total = $198.90

Total Billing for 2009: $3,648.90

*Life Sciences, Inc Matter*

# EXPENSE REPORT

Date: _____

Employee: *Peter J. Smyczek*

| Date | Expense | Purpose | Amount |
|---|---|---|---|
| 11-9 to 11-11 | Parking - Milwaukee Airport | | 36.00 |
| 11-9 to 11-11 | Air Fare | Mke to TPA | 241.70 |
| 11-9 | Baggage Check | | 20.00 |
| 11-11 | Baggage Check | | 20.00 |
| 11-9 to 11-11 | Hotel | | 175.01 |
| 11-9 to 11-11 | Hotel Parking | | 30.00 |
| 11-9 to 11-11 | Car Rental | | 102.19 |
| 11-9 | Dinner | | 22.00 |
| 11-10 | Meals | | 36.50 |
| 11-11 | Gas | | 12.00 |
| 11-30 | Parking - Airport | | 12.00 |
| 11-30 | Airfare | | 150.00 |
| 11-30 | Car Rental | | 44.32 |
| 11-30 | Gas | | 11.60 |
| 11-30 | Lunch | | 12.00 |

Total: 931.32

Manager Approval: _____